# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                    Case No.  2:06cr20191-1-B

**MARVIN DAVIS**

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **MARVIN DAVIS** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,  Tennessee on 22nd  day of June, 2006.

                                                              _____s/ James H. Allen_____
                                                                           JAMES H. ALLEN
                                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Marvin

 Davis